**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**VIRGIL LAMAR GIPSON,**

**Plaintiff,**

**v.** **Case No. 26-CV-1264**

**CITY OF OSHKOSH, *et al.*,**

**Defendants.**

---

## REPORT AND RECOMMENDATION

---

On July 20, 2026, Virgil LaMar Gipson, who was previously incarcerated and representing himself, filed a civil rights complaint under 42 U.S.C. § 1983 alleging that the defendants violated his constitutional rights. (ECF No. 1.) He also moved to proceed without prepayment of the filing fee. (ECF No. 2.) On July 22, 2026, the court ordered Gipson to pay an initial partial filing fee of $8.62 by August 21, 2026. (ECF No. 5.) The court warned Gipson that if he does not pay the fee or explain why he cannot by the deadline, the court will dismiss this case based on his failure to pay the fee. (*Id.* at 3.) On August 3, 2026, the court learned that Gipson was released from prison and remailed the order directing prisoner payment to Gipson's updated address. (ECF No. 6.)

The August 21, 2026, deadline has passed and the court has not heard from Gipson. Because the parties have not consented to magistrate judge jurisdiction, I

cannot order dismissal. Therefore, I will direct that the case be **reassigned** to a district judge to consider my recommendation that this case be dismissed without prejudice for failure to pay the initial partial filing fee.

**NOW, THEREFORE, IT IS RECOMMENDED** that Gipson's complaint (ECF No. 1) be **DISMISSED without prejudice**.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of entry of this recommendation. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 16th day of September, 2026.

Stephen C. Dries

STEPHEN DRIES
United States Magistrate Judge